Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
Elisabeth A. Derby (SBN: 267421)
bderby@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:     415-591-1000
Facsimile:      415-591-1400

Attorneys for Plaintiff
BARE ESCENTUALS BEAUTY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BARE ESCENTUALS BEAUTY, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> EUROPEAN BARE, INC., a Florida Corporation, and <br><br> COLLEEN LEFFLER aka COLLEEN LORAE, dba VILLAGE BOUTIQUE, an individual, <br><br> Defendants. | **Case No. CV 11-01637 (PSG)** <br><br> **STIPULATED REQUEST AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** <br><br> `(Proposed Order Modified by the Court)` |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Bare Escentuals Beauty, Inc. ("Plaintiff") and Defendants European Bare, Inc. and Colleen Leffler aka Colleen Lorae dba Village Boutique ("Defendants") stipulate and agree as follows:

WHEREAS, Plaintiff filed this lawsuit against Defendants on April 4, 2011 for unlawful use of Plaintiff's trademarks and unfair competition (Dkt. #1.).  At that time, the Court set an Initial Case Management Conference for June 28, 2011 (Dkt. #2.);

WHEREAS, Plaintiff sought, and the Court granted, an Order Granting *Ex Parte* Motion to

1
**STIPULATED REQUEST AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES**                                         **Case No. CV 11-01637 (PSG)**

1  Continue Initial Case Management Conference and Related Deadlines ("June 22 Order"), which
2  continued the Initial Case Management Conference to July 26, 2011, and also continued the other
3  deadlines set forth in the Court's April 4, 2011 scheduling order (Dkt. #8.);
4      WHEREAS, Defendants were personally served on July 6, 2011 and have not yet retained
5  counsel to represent them in this litigation;
6      WHEREAS, Plaintiff and Defendants are continuing their attempts to resolve this matter and
7  believe an additional thirty day postponement of the Initial Case Management Conference will aid
8  them in their settlement efforts and will not have any material effect on any party;
9      THEREFORE, the undersigned parties submit this stipulated request and respectfully request
10 the Court issue an Order as follows:
11     The current schedule set forth in the Court's June 22, 2011 Order Granting *Ex Parte* Motion
12 to Continue Initial Case Management Conference and Related Deadlines is vacated and reset.  The
13 Initial Case Management Conference is continued to August 25, 2011, and the other deadlines
14 impacted by the June 22 Order are continued accordingly.

Dated: July 20, 2011                         /s/ Elisabeth A. Derby
                                                    Andrew P. Bridges
                                                    Jennifer A. Golinveaux
                                                    Elisabeth A. Derby
                                                    WINSTON & STRAWN LLP

                                                    Attorneys for Plaintiff
                                                    BARE ESCENTUALS BEAUTY, INC.

Dated: July 20, 2011                         /s/ Colleen Leffler
                                                    Colleen Leffler
                                                    On behalf of Defendants

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

1  I, Elisabeth A. Derby, hereby attest, pursuant to N.D. Cal. General Order No. 45 and Civil
2  L.R. 5-4, that the concurrence to the filing of this document has been obtained from each signatory
3  hereto.

Dated: July 20, 2011                             /s/ Elisabeth A. Derby
                                                 Elisabeth A. Derby


PURSUANT TO STIPULATION, the case management conference is continued to August 23, 2011.  No later than August 16, 2011, the parties shall file either a consent to proceed before the magistrate judge or a request for reassignment to a district judge.

Dated: July 21, 2011                             _____
                                                 PAUL S. GREWAL
                                                 United States Magistrate Judge

3
**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES                     Case No. CV 11-01637 (PSG)**