Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
Elisabeth A. Derby (SBN: 267421)
bderby@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:    415-591-1400

Attorneys for Plaintiff
BARE ESCENTUALS BEAUTY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARE ESCENTUALS BEAUTY, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EUROPEAN BARE, INC. a Florida Corporation, and<br><br>COLLEEN LEFFLER aka COLLEEN LORAE, dba VILLAGE BOUTIQUE, an individual,<br><br>Defendants. | Case No. CV 11-01637 (PSG)<br><br>[ XXXXXXXX ] CONSENT JUDGMENT AND PERMANENT INJUNCTION INCLUDING CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE FOR THIS CASE |

1

## INTRODUCTION AND NATURE OF THE ACTION

1. This action for trademark infringement, dilution, and unfair competition arises from Defendants' use of brands for cosmetics, including EUROPEAN BARE; EUROPEAN BARE MINERALS; EUROPEAN BARE NATURAL MINERALS; BAREMINERALS; SWIRL, TAP, BUFF; and MINERAL VEIL; that incorporate, dilute, and are confusingly similar to, Plaintiff Bare Escentuals Beauty, Inc.'s ("Bare Escentuals"'s) federally registered BAREMINERALS; SWIRL, TAP, BUFF; and MINERAL VEIL brands for cosmetics.

2. Defendants registered the mark EUROPEAN BARE with the U.S. Patent and Trademark Office and used variations of that mark, including EUROPEAN BARE; EUROPEAN BARE MINERALS; EUROPEAN BARE NATURAL MINERALS, and BARE MINERALS in the marketplace. Defendants also used Bare Escentuals' marketing and promotional materials to advertise Defendants' products and shipped Bare Escentuals product samples and promotional materials, including its "How-to" DVDs, with Defendants' products.

3. The parties communicated about Defendants' use of marks confusingly similar to Bare Escentuals' marks in 2007. At that time, Defendants agreed to cease using the mark EUROPEAN BARE MINERALS, and to remove all references to that term from their website.

4. Defendants, however, did not stop using the EUROPEAN BARE MINERALS mark, and instead continued to use the EUROPEAN BARE; EUROPEAN BARE MINERALS; EUROPEAN BARE NATURAL MINERALS; BAREMINERALS; SWIRL, TAP, BUFF; and MINERAL VEIL; marks, and confusingly similar variations, in connection with their products and on their website and on new web pages.

5. The parties now stipulate to the following Consent Judgment and Permanent Injunction.

## CONSENT JUDGMENT AND PERMANENT INJUNCTION

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff shall have judgment against Defendants as follows:

(1) Defendants Colleen Leffler (aka Colleen Leffler Lorae, and also doing business as Village Boutique) and European Bare, Inc., (collectively "Defendants") and anyone

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

acting in active concert or participation with, or at the direction or control of Defendants, are hereby PERMANENTLY ENJOINED from:

(A) using any names or marks confusingly similar to those of Plaintiff Bare Escentuals Beauty, Inc. ("Bare Escentuals") on goods or services or to promote goods or services, including without limitation the trademarks or names EUROPEAN BARE; EUROPEAN BARE NATURAL MINERALS; BAREMINERALS; BARE; SWIRL, TAP, BUFF; and MINERAL VEIL, or any name or mark containing those terms or confusingly similar to those terms;

(B) distributing Bare Escentuals's products, samples, and promotional pieces, including Bare Escentuals' "How-to" DVDs and promotional pieces;

(C) engaging in, encouraging, or facilitating false, misleading, or confusing advertising relating to Defendants' and Bare Escentuals' respective products or services;

(D) engaging in, encouraging, or facilitating acts that dilute the marks or otherwise tarnish the reputation of Bare Escentuals;

(E) representing by any means or media whatsoever, directly or indirectly, that Defendants and their products are associated in any way with Bare Escentuals or its products or services, or otherwise taking any other action likely to cause confusion, mistake, or deception;

(F) doing any other acts calculated or likely to cause confusion or mistake in the mind of the public or to lead others to believe that Defendants' products or services come from or are the products or services of Bare Escentuals, or are somehow sponsored by or associated with Bare Escentuals; and

(G) otherwise unfairly competing with Bare Escentuals or misappropriating Bare Escentuals' reputation and goodwill.

(2) This Permanent Injunction takes effect within thirty days of [INSERT DATE OF

FILING STIPULATED REQUEST FOR CONSENT JUDGMENT].

(3) Defendant's trademark Registration No. 3,236,902 for the mark EUROPEAN BARE shall be surrendered to, or cancelled by, the United States Patent and Trademark Office by Defendants promptly upon entry of this Judgment.

(4) The Court retains jurisdiction over this action for the purposes of enforcing this Consent Judgment and Permanent Injunction and adjudicating any disputes regarding the Parties' underlying Settlement Agreement, including but not limited to disputes regarding the enforcement or scope of the Settlement Agreement.

(5) Each of the Parties is to bear its own costs and attorney's fees.

(6) All parties hereby consent to the appointment of a Magistrate Judge for all purposes in lieu of an Article III judge in this case.

(7) This is a final judgment. Any and all relief not expressly granted herein is denied.

Dated: _____

Andrew P. Bridges
Jennifer A. Golinveaux
Elisabeth A. Derby
WINSTON & STRAWN LLP

Attorneys for Plaintiff
BARE ESCENTUALS BEAUTY, INC.

Dated: 10-25-11

*/s/ Colleen P. LoRae*

Colleen Keffler-Lorac
On behalf of Defendants

IT IS SO ORDERED,

this ____ day of _____, 2011.

By: _____
Hon. Paul S. Grewal
United States Magistrate Judge

4
CONSENT JUDGMENT & PERMANENT INJUNCTION
Case No. CV 11-01637 (PSG)

SF:315500.2

FILING STIPULATED REQUEST FOR CONSENT JUDGMENT].

(3) Defendant's trademark Registration No. 3,236,902 for the mark EUROPEAN BARE shall be surrendered to, or cancelled by, the United States Patent and Trademark Office by Defendants promptly upon entry of this Judgment.

(4) The Court retains jurisdiction over this action for the purposes of enforcing this Consent Judgment and Permanent Injunction and adjudicating any disputes regarding the Parties' underlying Settlement Agreement, including but not limited to disputes regarding the enforcement or scope of the Settlement Agreement.

(5) Each of the Parties is to bear its own costs and attorney's fees.

(6) All parties hereby consent to the appointment of a Magistrate Judge for all purposes in lieu of an Article III judge in this case.

(7) This is a final judgment. Any and all relief not expressly granted herein is denied.

Dated: 3 November 2011

_____
Andrew P. Bridges
Jennifer A. Golinveaux
Elisabeth A. Derby
WINSTON & STRAWN LLP

Attorneys for Plaintiff
BARE ESCENTUALS BEAUTY, INC.

Dated:

_____
Colleen Leffler Lorae
On behalf of Defendants

**IT IS SO ORDERED,**

this _9th_ day of _____November_____, 2011.

By: _____
Hon. Paul S. Grewal
United States Magistrate Judge